**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **MIKE BRUNZ,**             )<br>                                            )<br>            **Plaintiff,**       )<br>                                            )           **7:06CV5003**<br>    vs.                                    )<br>                                            )           **ORDER**<br>**CITY OF MITCHELL and** )<br>**LARRY BARE,**               )<br>                                            )<br>            **Defendants.**    ) | |

      By stipulation, the parties seek a 60-day extension of time to file motions for summary judgment so that they can complete the necessary discovery. Besides the exchange of initial disclosures, the record does not indicate that any discovery has been conducted to date.

      Based on the Report of Parties' Planning Conference (#5), the court set a deadline of June 1, 2006 to file summary judgment motions based on qualified immunity (#9). No deadline has been set as to any other motions for summary judgment. Because the case cannot go forward until issues of qualified immunity are decided, I will grant an extension of time to **July 10, 2006** for the filing of summary judgment motions based on qualified immunity.

      **IT IS SO ORDERED.**

      **DATED June 1, 2006.**

                                    **BY THE COURT:**

                                    **s/ F.A. Gossett
            United States Magistrate Judge**