# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MIKE BRUNZ, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 7:06CR5003 |
| | ) | |
| CITY OF MITCHELL and | ) | ORDER |
| LARRY BARE, | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on defendants' motion for an extension of time to file motions for summary judgment [20].  Considering the trial date, the court can accommodate an extension of time to June 1, 2007.

**IT IS ORDERED** that defendants' motion for extension of time [20] is granted, and paragraph 5 of the Final Progression Order [19] is amended as follows:

1. All parties are given until and including **June 4, 2007** to file motions for summary judgment.

2. All responses to motions for summary judgment shall be filed by **June 25, 2007.**

3. Reply briefs, if any, shall be filed no later than **June 28, 2007.**

**DATED May 7, 2007.**

                                              **BY THE COURT:**

                                              **s/ F.A. Gossett**
                                              **United States Magistrate Judge**